UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER J. DIRIG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-02165-JRS-DML |
| | ) | |
| WEXFORD OF INDIANA, | ) | |
| NURSE KATHRYN HILL, | ) | |
| NURSE REBECCA TRIVETT, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY DENYING POST-JUDGMENT MOTIONS**

**I.**

This action was dismissed on summary judgment in favor of the defendants on February 26, 2019. Dkt. 170; dkt. 171. The plaintiff's motion to correct erroneous sentence, filed on April 24, 2019, dkt. [186], treated as a Rule 60(b) motion, is **denied** because he has not shown that the decision in this case was erroneous. "Rule 60(b) authorizes a court to relieve a party or its legal representative from a final judgment, order, or proceeding for various reasons including mistake, inadvertence, surprise, or excusable neglect, or any other reason that justifies relief, but only on motion of a party." *Shuffle Tech Intern., LLC v. Wolff Gaming, Inc.,* 757 F.3d 708, 709 (7th Cir. 2014) (internal quotations omitted). Rule 60(b)(6) is "available only in extraordinary circumstances." *Pearson v. Target Corporation,* 893 F3d 980, 984 (7th Cir. 2018) (internal quotation omitted). No such extraordinary circumstances are presented in the plaintiff's post-judgment motion.

**II.**

The plaintiff's renewed motion to proceed on appeal *in forma pauperis*, dkt. [187], is

**denied** for the same reasons his previous request was denied in the Entry of April 10, 2019, dkt.

184.

**IT IS SO ORDERED.**

Date: 4/30/2019

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

CHRISTOPHER J. DIRIG
157156
INDIANA STATE PRISON
INDIANA STATE PRISON
Electronic Service Participant – Court Only

Douglass R. Bitner
KATZ  KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com